UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMONE JORDAN-EL,

        Plaintiff,                Case Number: 2:06-CV-10431

v.                                HONORABLE PAUL D. BORMAN

CORRECTION OFFICER HARRINGTON and
CORRECTION OFFICER SCOTT,

        Defendants.
_____/

**ORDER (1) ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) DISMISSING PLAINTIFF'S COMPLAINT, AND (3) DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**

        Having considered the Magistrate Judge's Report and Recommendation ("R&R") advocating that the Court dismiss Plaintiff's Complaint in its entirety, and any objections filed thereto,

        **IT IS ORDERED** that the R&R is accepted as the conclusions and findings of this Court, and that Plaintiff' Complaint is **DISMISSED**.

        **IT IS FURTHER ORDERED** that Plaintiff's Motion for Relief from Judgment, pursuant to Federal Rule of Civil Procedure 60(b), is **DENIED** because Plaintiff's arguments are without merit.

                                                        S/Paul D. Borman
                                                          PAUL D. BORMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 26, 2006.

                                                          S/Jonie Parker
                                                          Case Manager